# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES HOLMES, individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>LINCOLN HOLDINGS, LLC. dba MONUMENAL SPORTS & ENTERTAINMENT,<br><br>       Defendant. | **Case No. 1:26-cv-02284-JMC** |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Representative Plaintiff Charles Holmes hereby gives notice that the above-captioned case is voluntarily dismissed without prejudice.

Dated: July 6, 2026      By:    */s/ Mark K. Svensson*

Mark K. Svensson, Esq. (D.C. Bar No. 90008896)
**MILBERG, PLLC**
405 East 50th Street, Suite 408
New York, New York 10022
Telephone: (866) 252-0878
Email: msvensson@milberg.com

Mark T. Freeman, Esq. (DC Bar No. 90033920)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
Email: mtf@colevannote.com

*Attorneys for Representative Plaintiff
and the Plaintiff Class*

*\*Pro hac vice forthcoming*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2026, I caused the foregoing document to be filed with the Clerk of this Court via the Court's CM/ECF system, which will cause a true and correct copy to be served electronically on all counsel of record.

*/s/ Mark K. Svensson*
Mark K. Svensson, Esq.